UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6276**
8 U.S.C. § 1326(

CR-RYSKAMP

MAGISTRATE JUDGE
JOHNSON

FILED by _____ D.C.
SEP 2 1 2000

UNITED STATES OF AMERICA )
)
v. )
)
EVEROL PRINGLE, )
a/k/a Sammy Peter Green, )
a/k/a John Jump, )
)
Defendant. )
_____ )

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Beginning at least as early as on or about March 2, 1995, and continuing at least until on or about June 19, 2000, in Broward and Miami-Dade Counties, in the Southern District of Florida, the defendant,

EVEROL PRINGLE,
a/k/a Sammy Peter Green,
a/k/a John Jump,

an alien, having been previously deported from the United States to Jamaica on or about June 26, 1992, was knowingly in the United States without the Attorney General having expressly



consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. ___2000R02557___ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| EVEROL PRINGLE | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami  ___ Key West
_X_ FTL  ___ WPB ___ FTP

New Defendant(s)       Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of ___April 15, 2000___
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_(signature)_
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant Name: __EVEROL PRINGLE__      Case No.: _____

================================   ==========================================

Count #l: Illegal reentry into U.S. after deportation: 8:1326(a)

**Max. Penalty:** 2 years' imprisonment; $250,000.00 fine

Count #

**Max. Penalty:**

Count #

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.