UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6276 CR Ryskamp/Johnson

UNITED STATES OF AMERICA,

vs

EVEROL PRINGLE

Defendant.

_____/



### CLERK'S NOTICE CORRECTING CLERICAL ERROR

Pursuant to this District's policy of Random Case Assignment and due to a clerical error during the Clerk's assignment process, the above referenced case was INCORRECTLY assigned on the cover sheet and pleadings as Case Number 00-6276 CR Ryskamp/Johnson.

The correct Case Number is 00-6276 CR Ferguson/Snow. Therefore, all papers submitted for filing shall bear the CORRECTED case number and judicial officer as follows:

00-6276 CR Ferguson/Snow.

Entered in West Palm Beach, Florida, this 26th day of September, 2000.

CLARENCE MADDOX, Clerk

By: _____
Deputy Clerk

cc:  District Judges
     Magistrate Judges
     Robin Rosenbaum, AUSA