UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EVEROL PRINGLE,

Defendant.

Case No. 00-6276-CR-FERGUSON

FILED ___ D.C.

NOV 30 2000

### ORDER OF TRANSFER TO THE CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Everol Pringle, #1 is apprehended.

DONE AND ORDERED at Miami, Florida, this 30th day of November 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL

