## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | EVEROL PRINGLE (J) | CASE NO: | 00-6276-CR-FERGUSON |
| AUSA: | ROBIN ROSENBAUM /Chase | ATTY: | |
| AGENT: | INS | VIOL: | 8:1326(a) |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

*FILED by D.C. APR 12 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law. — *Advised of Charges*
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents. — *Deft to attempt to hire his*
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person. — *own counsel*
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 4-16 | 11 | BSS | |
| PTD/BOND HEARING: | 4-17 | 10:30 | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | 4-17 | 10:30 | BSS | |
| STATUS CONFERENCE: | | | | |

DATE: 4/12/01   TIME: 11:00   FTL/LSS TAPE # 01 -   O20   Begin: 879   End: 1082

5