UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA  55716-004

| UNITED STATES OF AMERICA | CASE NO. Ferguson |
|---|---|
| Plaintiff | 00-6276 CR-Ryskamp |
| v. Everol PRINGLE | REPORT COMMENCING CRIMINAL ACTION |
| Defendant | |

FILED D.C.
APR 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __04/12/01__

2. Spoken language: __English__

3. Offense(s) charged: __8 USC 1326 Reentry After Deportation__

4. U.S. Citizen  [ ] YES  [X] NO  [ ] UNKNOWN

5. Date of birth: __10/13/67__

6. Type of charging document: (Check One)
   [X] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. __00-6276 CR-Ryskamp__   CASE NO. _____
   DISTRICT: __Southern Florida - Ft Lauderdale__ (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [ ] YES  [ ] NO

   AMOUNT OF BOND. _____
   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: __4/12/01__
9. __Tara Maguire__ ARRESTING OFFICER
10. AGENCY: __US INS__
11. __(305) 762-3628__ PHONE NO.