U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Everol Pringle (J)#  CASE NO: 00-6276-CR-Ferguson
AUSA: Robin Rosenbaum  ATTNY: Robert Berube
AGENT:  VIOL:
PROCEEDING: Inquiry re Counsel  BOND REC:
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: Federal Public Defender
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by ___ D.C.
INTAKE
APR 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA./FTL

Defendant sworn in and questioned

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 4-17-01 | 10:30am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | 4-17-01 | 10:30am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 4-16-01  TIME: 11:00am  TAPE # 01-019  PG # 1150-1415
2nd call 01-019  1884-1931