UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6276-CR-Ferguson



FILED by ___ D.C.
INTAKE
APR 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

UNITED STATES OF AMERICA

vs

Everol Pringle

O R D E R

X / Appointing Counsel
___ / Ratifying Prior Service
___ / Extending Appointment
       for Appeal
___ / Substituting Counsel

_____
(prior counsel)

CHARGE:_____
   X /Felony            ___ /Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

> Federal Public Defender
> 101 N. E. 3rd Avenue, Suite 202
> Ft. Lauderdale, FL  33301
> Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this __16__ day of April_____, 20 01.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:  AUSA
     FPD
     Pretrial Services