U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: _Everol Pringle (J)#_    CASE NO: _00-6276-CR-Ferguson_

AUSA: _Robin Rosenbaum_ *Jeff Sloman*    ATTNY: _FPD: Pat Hunt_

AGENT: _____    VIOL: _____

PROCEEDING: _PTD/Arraignment._    BOND REC: _____

FILED by D.C.
INTAKE
APR 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. 2 FT. LAUD.

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

_____ BOND SET @ _250,000 Corp Surety w/ Rebelia_

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew.
11) Travel extended to: ____
12) ____ Halfway House: ____
____ Electronic Monitoring ____

*No Bond hrg held*

*Both sides stipulate a $250,000 CSB w/ nebbia, each side reserving right to proceed w/ PTD hrg at a later date.*

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _5-2-01_    _11:00am_    _Snow_

DATE: _4-17-01_    TIME: _10:30am_    TAPE #: _01-019_    PG #: _3_    _19_
_3233-3325_