FILED by \_\_\_\_ D.C.
INTAKE
APR 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6276-CR-Ferguson

UNITED STATES OF AMERICA

vs
Everol Pringle

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  4-17-01  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: In Custody

                    Telephone:

DEFENSE COUNSEL:    Name: FPD

                    Address:

                    Telephone:

BOND SET/CONTINUED: $ No Bond Hearing held-$250,000 CSB w/nebbia-
    reserving right to proceed with PTD hearing at a later date.
Bond hearing held: yes____ no____ x Bond hearing set for_____

Dated this  17  day of   April   , 2001 .

CLARENCE MADDOX, CLERK OF THE COURT,

BY: _____
    Deputy Clerk
    01-019
Tape No. _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

13