AO 442 (Rev. 12/85) Warrant for Arrest    AU   ROBIN J. ROSENBAUM   INS 37  TARA MAGUIRE

## United States District Court

SOUTHERN ___ DISTRICT OF ___ FLORIDA ___ 509 845

UNITED STATES OF AMERICA

V.

EVEROL PRINGLE

**WARRANT FOR ARREST**

TO:   **The United States Marshal**
      **and any Authorized United States Officer**

CASE NUMBER:

**00-6276**
**CR-RYSKAMP**

MAGISTRATE JUDGE
JOHNSON

YOU ARE HEREBY COMMANDED to arrest _____ Everol Pringle _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an alien who, having previously been deported from the United States, knowingly and unlawfully re-entered the United States without the Attorney General having expressly consented to such alien's reapplying for readmission to the United States;

in violation of Title __8__ United States Code, Section(s) __1326(a)__

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 21, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at Pre-trial detention _requested_

by _[signature] Luana S. Snow_
United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |
| **Ft. Lauderdale, Fl** |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/21/00 | **James A. Tassone** **United States Marshal** **Southern District of Florida** | _[signature]_ |
| DATE OF ARREST | | |
| 4/12/01 | | **Edward Purchase, SDUSM** |