UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6276-CR-FERGUSON

UNITED STATES OF AMERICA, :

        Plaintiff, :

        v. :

EVEROL PRINGLE, :

        Defendant. :
_____:

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Patrick M. Hunt
 Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
One East Broward Blvd, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 19th day of April, 2001, to the office of the United States Attorney, Fort Lauderdale, Florida.

_____
Patrick M. Hunt

