LER:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6276-CR-FERGUSON

FILED BY _____ _____ D.C.
2001 MAY -1 PM 3: 16
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVEROL PRINGLE,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The United States of America, by and through its undersigned Assistant United States Attorney, Laurie E. Rucoba, hereby gives notice that the above-captioned case has been reassigned to Assistant United States Attorney

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Laurie E. Rucoba*

LAURIE E. RUCOBA
Assistant United States Attorney
Bar No. A5500052
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255, Ext. 3613
Facsimile: (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 1st day of May 2001, to Patrick Hunt, Esq., Federal Public Defender's Office, One E. Broward Blvd., Suite 1100, Ft. Lauderdale, FL 33301.

*Laurie E. Rucoba*
LAURIE E. RUCOBA
Assistant United States Attorney

cc:  Pretrial Services
     Case Agent
     Docket

2