HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT   EROS FAUSTINO                CASE NO:  01-8045-CR-ZLOCH

AUSA  ROLANDO GARCIA  / *Powell*  ATTY  DEAN WILBUR

*Disc out*                                                      01-024
                                                            @ 1517

DEFT   DARE TSHMAILA OKUWA          CASE NO:  01-6081-CR-DIMITROULEAS

AUSA  ROGER POWELL  *pres*          ATTY  JAY WHITE  / *Rich Freedma*

*Disc out - rec'd by cnsl*

                                                            @ 1543

DEFT  EVEROL PRINGLE               CASE NO:  00-6276-CR-FERGUSON

AUSA  ROBIN ROSENBAUM  / *Powell*  ATTY  FPD  *Wilcox for Hurt*

*Disc out - rec'd by cnsl*                                 01-034
*possible plea*                                            @ 1601

DEFT  DWAYNE MORELEY               CASE NO:  01-8035-CR-DIMITROULEAS

AUSA  JANICE LeCLAINCHE  / *Powell*  ATTY  GARY FINE  *pres*

*Disc complete but not sent*
*no pending motion - possible plea.*                        @ 1631
*m/due 5/17*

DEFT  TARRIE WILDER               CASE NO:  01-8040-CR-DIMITROULEAS

AUSA  JANICE LeCLAINCHE  / *Powell*  ATTY  STEVEN KASSNER  / *Howes*

*Disc out today - 5/17 m/due*
                                                            @ 1719

DEFT  WILLIAM NIXON               CASE NO:  01-8052-CR-ZLOCH

AUSA  JANICE LeCLAINCHE  / *Powell*  ATTY  MARIANNE RANTALA  *pres*

*Disc out*
                *5/17 m/due*                                @ 1727

DATE  5/2/01                       TIME  11:00

20