UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6276-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

EVEROL PRINGLE,  :

    Defendant.  :
_____

FILED by _____ D.C.
MAY - 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on May 2, 2001. At that conference, the parties informed the Court as follows:

    1.  Discovery has been provided.

    2.  This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 3rd day of May, 2001.

                                          _____
                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
AFPD Patrick Hunt (FTL)