**CRIMINAL MINUTES**

FILED
MAY 14 2001
D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. __00-6276-CR-WDF__     Date: _May 14, 2001_
Clerk: __Deloris McIntosh__   Reporter: _Anita LaRocca_
USPO: _____  Interpreter: _None_

**UNITED STATES OF AMERICA vs.** __EVEROL PRINGLE (J)__

AUSA: ___Robin Rosenbaum / Laurie Rucoba___
Defendant(s) Counsel: _Pat Hunt_

Defendant(s)  Present_____ Not Present _X_  In Custody_____
Reason for hearing: _____CALENDAR CALL_____

Result of hearing: _Motion for continuance granted_

Case Continued to: _5/29/01_ Time: _3:15_ p.m. _Calendar Call_

