**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAY 29 2001
CLARENCE MADDOX

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. _00-6276-CR-WDF_   Date: May 29, 2001

Clerk: __Deloris McIntosh__   Reporter: __Anita LaRocca__

USPO: _____   Interpreter: _____

**UNITED STATES OF AMERICA** vs. _Everol Pringle (J)_

AUSA: _Laurie Rucoba / Kathleen Rice_

Defendant(s) Counsel: _Patrick Hunt_

Defendant(s) Present_____ Not Present_____ In Custody_____

Reason for hearing: ___CALENDAR CALL___

Result of hearing: _Defendant will plea_

Case Continued to: _6/4/01_ Time: _9:30_ A.M. _Change of Plea_

25