UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6276-CR-FERGUSON

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

EVEROL PRINGLE, (J)
        Defendant.
_____/

MINUTES CHANGE OF PLEA

FILED by _____ D.C.
DKTG
JUN
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

On June 4, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Patrick Hunt, AFPD, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) ( ) the indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )   The Court proceeded to pronounce sentence.

- (X)   The Court postponed sentencing until **August 17, 2001** 10:00 a.m.,

- ( )   and the defendant was allowed to remain on present bond until then;

- ( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

- (X)   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Carl</u>
Clerk <u>Troy T. Walker</u>