UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6276-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.

EVEROL PRINGLE,

    Defendants.
_____/

FILED ___ MM D.C.

JUL 25 2001

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been set for **SENTENCING** on Friday, September 28, 2001 at 10:00 a.m., before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this 25 day of July 2001.

Deloris McIntosh
DELORIS MCINTOSH
COURTROOM DEPUTY

cc:
Laurie Rucoba, AUSA
Pat Hunt, AFPD
Joseph Garcia, USPO
U.S. Marshal

