-cr-06276-WDF   Document 30   Entered on FLSD Docket 10/01/2001   F
FILED by ___ D.C.
SEP 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _____ 00- 6276-CR-WDF _____

DEFENDANT __EVEROL PRINGLE (J)_____    JUDGE____Wilkie D. Ferguson, Jr.,_____

Deputy Clerk____Deloris McIntosh_____    DATE____September 28, 2001_____

Court Reporter____Stephen Franklin_____    USPO_Benita Abrahams_____

AUSA__Laurie Rucoba_____    Deft's Counsel__Pat Hunt, AFPD_____

COUNTS DISMISSED___All Others_____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.  10 Days to Appeal

_____ Sentencing cont'd until___/__/____ at_____AM / PM

### JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts
                         15        1

Supervised Release
Probation    Years    Months    Counts
             1                    1

Comments __Surrender to INS when released from
Custody; NO Re-entry if deported_____

__Recommend facility IN SD/FL_____

Assessment $ __100__                Fine $ __N/A__

Restitution /Other _____

__X__ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/__/___

Commitment Recommendation: _____