USDC FLSD 245B (Rev 9/00) - Judgment in a Criminal Case                                    Page 2 of 6

DEFENDANT: EVEROL PRINGLE
CASE NUMBER: 00-6276-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **15 Months**.

The defendant is remanded to the custody of the United States Marshal.

RECOMMEND FACILITY IN THE SOUTHERN DISTRICT OF FLORIDA.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on ___10/23/01___ to ___BOP  FCI  MIAMI___

at ___Miami  FL_____, with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By: _Tina Nolan, LTE_
~~Deputy U.S. Marshal~~